THOMAS E. FRANKOVICH (State Bar No. 074414)
GEORGE S. KHOURY (State Bar No. 269738)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff BYRON CHAPMAN

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

MAR 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANAHEIM DESERT INN & SUITES, a California Limited Partnership; SAI MANAGEMENT Co, Inc., a California Corporation dba ANAHEIM DESERT INN & SUITES; and J. STREET HOSPITALITY, Inc., a California Corporation dba ANAHEIM DESERT INN & SUITES,<br><br>    Defendants. | CASE NO. SACV13-468-CJC (RNBx)<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE NEW LITIGATION ON BEHALF OF PLAINTIFF BYRON CHAPMAN |

**IT IS HEREBY ORDERED,** that the Court grants plaintiff's Petition and the Clerk of this Court shall file the Complaint attached to the Petition and/or under separate cover, issue Summons and assign case numbers forthwith.

Dated: MARCH 27, 2013

_____
Honorable Judge
United States District Court Central District

[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE NEW LITIGATION ON BEHALF OF PLAINTIFF BYRON CHAPMAN